NUMBER 13-06-042-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

                          

                                         IN RE
DARRYL LEE                                   


 

 

                                             

On
Petition for Writ of Mandamus

 

 

 

MEMORANDUM
OPINION

 

Before
Justices Hinojosa, Yañez, and Castillo

Per
Curiam Memorandum Opinion

 

Relator, Darryl Lee filed a petition for writ of
mandamus in the above cause on January 25, 2006.  Having examined and fully considered the
petition for writ of mandamus, the Court is of the opinion that (1) relator has
not shown himself entitled to the relief sought and, thus, (2) the petition
must be denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the petition for writ of
mandamus is DENIED.

PER
CURIAM

Memorandum Opinion
delivered and filed

this 30th day of January,
2006.